**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2023 SEP 13  AM 10: 14

JEF.    .  .  .ELL
CLERK

BY_____DEP. CLK

Civil Action No. _____
(To be supplied by the court)

_Joanna Flemms_____, Plaintiff

v.

**Jury Trial requested:**
**(please check one)**
✓ Yes ___ No

_Tim Cook_____,

_c/o Apple / I-Tunes____,            whatever

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Joanna Flemms    PO Box 630615
_____
(Name and complete mailing address)

720 530 9519    joflemms@gmail.com
_____
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    Tim Cook - Apple
_____
(Name and complete mailing address)

(can get - headquarters)
_____
(Telephone number and e-mail address if known)

Defendant 2:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4:    _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

✓    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

CRIME
_____

_____

____    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _Technology Crime_

Supporting facts:

Taking my information, selling it. Creating PTSD episodes for me time & again.

4

## E.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

① 5 TRILLION

② Serum Master for Life (2)

③ Admission of wrong doing

## F.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

9-12-23
_____
(Date)

(Revised February 2022)

5

## Office 1585

| | |
|---|---|
| **From:** | Joanna Flemons <joflemons@gmail.com> |
| **Sent:** | Tuesday, September 12, 2023 3:48 PM |
| **To:** | Office 1585 |
| **Subject:** | [EXTERNAL] Fwd: help |

**Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.**

---------- Forwarded message ---------
From: **Joanna Flemons** <joflemons@gmail.com>
Date: Mon, Sep 11, 2023 at 12:22 PM
Subject: Re: help
To: <20JDAdmin@judicial.state.co.us>

Sorry, one last item.
I am reminded that any obstruction of my pursuit of justice is considered an obstruction, also a federal crime.
I hope that said criminals are aware they can land in prison if they attempt to stop me or obstruct my right as a civilian.
It is no surprise that I joined NRA, because of the amount of criminals that I deal with and need self protection from.
No, I am not working with NRA but I am feeling very NRAish right now.
Joanna

On Mon, Sep 11, 2023 at 12:14 PM Joanna Flemons <joflemons@gmail.com> wrote:
Hi Amy, with the Judicial system only.

I am unable to print my document, so I will be dropping by several today, and here is my request letter to you that I am unable to print.

September 11, 2023

US DISTRICT COURTS OF COLORADO

To Whom It May Concern:

I am submitting all these documents, requesting legal assistance while waiving my fees for the process. I have endured a horrible situation and need help. My brain has been destroyed by horrible crimes people have committed against me. I still have difficulties at times with memory, and all my access to money is being blocked. I'm not allowed to sell my home, to even sell my items on Craigslist and wasn't allowed to work. Someone has controlled me and taken away all my rights and freedoms. I have worked in healthcare, been oriented times three, have always been in my work situation minus a few times I have PTSD episodic features, apologized to those clients who both stated it was fine and

1

one continued with therapy while the other declined free counseling services I owed.  My state board DORA never reported any complaints to me, so if there were some, they were withheld.

I had to close my practice because God told me to.  I had people stealing, setting me up to look like I embezzled, my PTSD episodes created so much hyperviolence I could barely breathe.  I can't even sell my items from my storage from Craigslist because someone is blocking my ability to sell items on Craiglist.  If my storage unit could be emptied, I could find the paperwork that you need for taxes, etc... I have worked with an online billing company, could always look there for the last 12 months.  I am so overwhelmed I can barely focus.  They also, messed with me, #JM.  My brain has been so distressed for so long, I'm hoping that you can help me with legal help.

Is there someone who can help me?  I am giving no one a pass, so anyone who is attempting to hack me right now and suggest whatever, stay away.

I need to proceed with all these lawsuits asap, please advise.

I have NEVER sought for the public spotlight or fame, but it seems someone has been trying to push that on me and I am sick and tired of such horrible projection and their deceptive ways.  I will make HISTORY, but by exposing ALL that has been done to me while I am just living life, trying to be me.

Joanna Flemons

720.530.9518 or joflemons@gmail.com

I will have a burner phone soon – my phone service will be turned off.  I will show up to the courthouse daily until these move forward.  I will be the homeless person living outside, checking each day in the court to get these lawsuits going.  I will be self representing and cross examine these defendents.

Per Amendment 6th of the Constitution, I have the right to a speedy and public trial.  Thank you for ensuring I receive this, because I am about to lose my brain from the dishonesty of everyone around me it feels.

On Sat, Sep 9, 2023 at 11:26 AM Joanna Flemons <joflemons@gmail.com> wrote:
Hi Amy,

Thankfully I know you are not two Amy's that I knew previously.  Thank GOD.

Anyway, I am reaching out to you to ask some questions about legal direction.  I have sent legal demand letters to several companies and have been ignored.  So, now I am ready to file civil lawsuits against them in court.  I have begun the process of filling out the forms to submit to the courts.  I do not have any funds however and need assistance with filing with financial assistance (?).  Also, needing help with an attorney at Colorado Courts looking over my forms to ensure they are correct.  Can I obtain this help?

I am aware that last time I received legal help at US District Colorado Court, my information was breached, therefore privilege violated.  I am hoping that this time, to receive fair treatment, no obstruction as I pursue justice and help in the same way anyone else would.  I have no POA, no one acting on my behalf so I have no idea why there would be any interruption as I pursue a fair trial and my legal rights, as anyone else in Colorado would.  To not receive that, is obstruction of justice.

2

Can you please help me?  I know a great deal about these forms but am getting the run around from every lawyer I contact.  I am a single woman (and mom), and I feel like I'm about to go crazy, like literally feel so gaslit by abusers who are trying to control me.  Can I make an appointment with you on Monday to go over my forms?

I have given people time to settle but they are blowing me off, trying to make this a joke.  They have destroyed my life, so I am taking necessary legal action.

Thank you.

Joanna Flémons
720.530.9518

Thank you.

3